UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

VIROPRO, INC.,                                                  )       CASE NO. 2:06-cv-1367-LRH(GWF)
                                                               )
      Plaintiff(s),                                    )       MINUTES OF THE COURT
                                                               )
vs.                                                            )       DATED: NOVEMBER 6, 2006
                                                               )
MAYER AMSEL and JERSEY TRANSFER &                              )
TRUST,                                                         )
                                                               )
      Defendant(s).                                    )
_____                      )

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

NOV - 6 2006

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                                    DEPUTY

PRESENT: HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

Deputy Clerk: Rosemarie Miller            Reporter: Donna Davidson

Counsel for Plaintiff(s): Joshua Harmon

Counsel for Defendant Mayer Amsel: John Naylor

PROCEEDINGS: TELEPHONIC HEARING/ISSUE OF FEDERAL JURISDICTION

2:00 p.m. Court convenes.

The Court notes that an order was issued on November 3, 2006 setting a briefing schedule on the issue of Federal jurisdiction in this case and scheduling oral argument on Wednesday, November 8, 2006. Since that time the Court has been advised that the TRO issued at the State Court level will expire today, so this hearing has been scheduled on an expedited basis.

After oral argument is presented, IT IS ORDERED this action is dismissed and remanded for lack of Federal jurisdiction. The hearing previously scheduled on November 3, 2006 is hereby VACATED.

2:21 p.m. Court adjourns.

                                                LANCE S. WILSON, CLERK


                                        By:     Rosemarie Miller
                                                Deputy Clerk